IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRYAN GALES, | ) CIVIL ACTION |
| | ) NO. 1:19-cv-01793-SCJ |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| NORTHSIDE HOSPITAL, INC., | ) |
| | ) |
| Defendant. | ) |

Notice is hereby given that the parties have reached a settlement in this case. Plaintiff respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved and final dismissal paperwork may be filed.

Dated: April 14, 2020

                Respectfully submitted,

                s/Marques J. Carter
                Marques J. Carter
                Georgia Bar No. 105133
                Law Office of Marques J. Carter, LLC
                3400 Chapel Hill Road, Suite 100
                Douglasville GA 30135
                (888) 332-7252
                (866) 842-3303 (fax)

MCarter@ThompsonConsumerLaw.com
Attorney for Plaintiff

# CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

Respectfully submitted,

s/Marques J. Carter
Marques J. Carter
Georgia Bar No. 105133
Law Office of Marques J. Carter, LLC
3400 Chapel Hill Road, Suite 100
Douglasville GA 30135
(888) 332-7252
(866) 842-3303 (fax)
mcarter@ThompsonConsumerLaw.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically served the foregoing using the CM/ECF system which will automatically send e-mail notification of such filing to the all attorneys of record:

s/Marques J. Carter
Marques J. Carter
