IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRYAN GALES, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Action No. 1:19-cv-01793-SCJ ) |
| NORTHSIDE HOSPITAL, INC., | ) **JOINT STIPULATION OF** ) **VOLUNTARY DISMISSAL** |
| Defendant. | ) **WITH PREJUDICE** ) |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties in this matter, through their undersigned counsel, stipulate and agree to voluntarily dismiss this matter with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: May 28, 2020

Respectfully submitted,

| | |
|---|---|
| s/Marques J. Carter | s/Henry E. Scrudder Jr. |
| Marques J. Carter | Henry E. Scrudder Jr. |
| Georgia Bar No. 105133 | Scrudder, Bass, Quillian, Horlock, |
| Law Office of Marques J. Carter, LLC | Taylor & Lazarus, LLP |
| 3400 Chapel Hill Road, Suite 100 | 900 Circle 75 Pkwy. Ste. 850 |
| Douglasville, GA 30135 | Atlanta, GA 30339 |
| (888) 332-7252 | (770-933-4022) |
| (866) 842-3303 (fax) | (770) 612-9201 (fax) |
| mcarter@consumerlawinfo.com | hscrudder@scrudderbass.com |
| Attorney for Plaintiff | Attorney for Defendant |

1

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

        Respectfully submitted,

        s/Marques J. Carter
        Marques J. Carter
        Georgia Bar No. 105133
        Law Office of Marques J. Carter, LLC
        3400 Chapel Hill Road, Suite 100
        Douglasville, GA 30135
        (888) 332-7252
        (866) 842-3303 (fax)
        mcarter@consumerlawinfo.com
        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on June 4, 2020, the foregoing was filed with the Court using the CM/ECF system which will send notification of such filing to Defendants through counsel of record as follows:

    Henry E. Scrudder, Jr.
    Scrudder, Bass, Quillian, Horlock, Taylor & Lazarus, LLP
    900 Circle 75 Pkwy. Ste. 850
    Atlanta, GA 30339
    hscrudder@scrudderbass.com

        s/ Marques J. Carter
        Marques J. Carter